JS - 6

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BASSEY,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>AREF FAKHOURY, Warden,<br><br>　　　　　Respondent. | Case No. CV 10-03849-JAK (DTB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: July 19, 2012

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1